FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) No. 08-MJ-03038 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING |
| v. | ) (18 U.S.C. § 3142(i)) |
| ENRIQUE JORGE HERNANDEZ-CORONA, | ) |
| Defendant. | ) |

I.

A. ( ) on motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (✓)(by the Government)/ ( )(by the Court *sua sponte*) involving:

```
1.  ( ) serious risk defendant will flee;
2.  ( ) serious risk defendant will
    a.  ( ) obstruct or attempt to obstruct justice
    b.  ( ) threaten, injure, or intimidate a prospective
        witness or juror or attempt to do so.
```

II.

The Court finds no condition or combination of conditions will reasonably assure:

    A.    (✓) appearance of defendant as required; and/or

    B.    ( ) safety of any person or the community

III.

The Court has considered:

    A.    (X) the nature and circumstances of the offense;

    B.    (X) the weight of evidence against defendant;

    C.    (X) the history and characteristics of the defendant;

    D.    (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

_____
_____
_____
_____
_____
_____

1  B. (✓) History and characteristics indicate a serious risk
2  that defendant will flee because:
3  Defendants illegal status in the country
4  Lack of known bail resources;
5  Prior criminal history and ~~trial~~
6  use of aliases.
7  _____
8  _____
9
10  C. ( ) A serious risk exists that defendant will:
11     1. ( ) obstruct or attempt to obstruct justice;
12     2. ( ) threaten, injure or intimidate a witness/juror
13  because:
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  D. ( ) Defendant has not rebutted by sufficient evidence to
21         the contrary the presumption provided in 18 U.S.C. §
22         3142(e).
23
24  **IT IS ORDERED** that defendant be detained prior to trial.
25  **IT IS FURTHER ORDERED** that defendant be confined as far as
26  practicable in a corrections facility separate from persons
27  awaiting or serving sentences or persons held pending appeal.
28

**IT IS FURTHER ORDERED** that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: 12-16-08

_____
U.S. Magistrate Judge Jennifer T. Lum